**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMIEL JOHNSON, : No. 1 EM 2023
:
Petitioner :
:
:
v. :
:
:
COURT OF COMMON PLEAS OF :
PHILADELPHIA COUNTY, PA, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus is DENIED, and the Application for *Nunc Pro Tunc* Relief is DISMISSED.